UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JAMES H. BROUGHTON JR., | ) | Case No.:    3:15-CV-00346-PK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING ATTORNEY |
| | ) | FEES PER 28 USC 2412(d) |
| | ) | |
| CAROLYN COLVIN, Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of

$ 4,985.34 is awarded to Plaintiff.  It is ordered that the attorney fee will be paid to

Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies

for offset against the awarded fees, pursuant to the Treasury Offset Program as

discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   If Plaintiff has no such debt, then

the check shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing

address at: 1336 E. Burnside St., Suite 130, Portland OR 97132.  If Plaintiff has such

debt, then the check for any remaining funds after offset of the debt shall be made

payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

Page 3 – PETITION FOR EAJA FEES

IT IS SO ORDERED this _____ day of _____, 2016.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
*MAGISTRATE*

Proposed Order submitted:                    Date:  February 12, 2016.

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, James H. Broughton Jr.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's PETITION FOR APPROVAL OF

FEES PER EAJA and PROPOSED ORDER were filed with the Clerk of the Court on

February 12, 2016, using the CM/ECF system, which will send notification of such filing

to the following:

Martha A. Boden    Martha.boden@ssa.gov, OGC.Seattle.ECF@ssa.gov

Janice E. Hebert    Janice.Hebert@usdoj.gov, jan.sands@usdoj.gov,
laura.franzen@usdoj.gov, trudylee.fleming@usdoj.gov

_____
George J. Wall, OSB No. 934515
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone:  (503)236-0068
Fax:  (503)236-0028
gwall@eastpdxlaw.com

Page 4 – PETITION FOR EAJA FEES